IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

HEDAY KATAOKA,                              )
                                            )
                    Plaintiff,              )              4:06CV3071
                                            )
        v.                                  )
                                            )
DEPARTMENT OF HEALTH AND HUMAN              )              REASSIGNMENT ORDER
SERVICES,, STATE OF NEBRASKA,               )
SARPY COUNTY DISTRICT COURT,  and           )
DARLA WIESER-ZUMM,                          )
                                            )
                    Defendants.             )
                                            )

HEDAY KATAOKA,                              )
                                            )
                    Plaintiff,              )              4:06CV3072
                                            )
        v.                                  )
                                            )
DEPARTMENT OF HEALTH AND HUMAN              )              REASSIGNMENT ORDER
SERVICES, DARLA WIESER-ZUMM,  and           )
STATE OF NEBRASKA,                          )
                                            )
                    Defendants.             )
                                            )

        IT IS ORDERED that, in the interest of judicial economy, the above related cases
are reassigned to District Judge Richard G. Kopf for disposition and to Magistrate
Judge David L. Piester for judicial supervision and processing of all pretrial matters.

        DATED this 28th day of March, 2006.

                                BY THE COURT:


                                **s/ Joseph F. Bataillon**
                                United States District Judge