IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HEDAY KATAOKA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06cv3072 |
| | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF HEALTH AND HUMAN SERVICES, DARLA WIESER-ZUMM, and STATE OF NEBRASKA, | ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

The Clerk's Office has requested that Document Number 4 be stricken from the record for the following reason(s):

- The case is no longer assigned to a Magistrate Judge as the presider.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 4 from the record.

DATED this 29th day of March, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge