THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HEDAY KATAOKA, | 4:06CV3072 |
| Plaintiff, | |
| vs. | **MEMORANDUM** |
| | **AND ORDER** |
| DEPARTMENT OF HEALTH AND HUMAN SERVICES, CHILD SUPPORT ENFORCEMENT; DARLA WIESER-ZUMM; and STATE OF NEBRASKA, | |
| Defendants. | |

Plaintiff has filed a "memorandum to court" (filing 3) that the court construes as a motion for preliminary injunction. For purposes of scheduling,

IT IS ORDERED that, after consultation with Defendants' counsel, Plaintiff's counsel shall contact the secretary for the undersigned United States District Judge, to schedule a telephone conference call between counsel for the parties and the undersigned United States District Judge, during which the parties shall be prepared to address, among other things, whether Plaintiff's motion for preliminary injunction and the trial on the merits shall be consolidated pursuant to Fed. R. Civ. P. 65(a)(2).

April 3, 2006.                          BY THE COURT:

                                        s/ *Richard G. Kopf*
                                        United States District Judge