THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HEDAY KATAOKA | ) | 4:06CV3072 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DEPARTMENT OF HEALTH AND HUMAN SERVICES, CHILD SUPPORT ENFORCEMENT; DARLA WIESER-ZUMM; and STATE OF NEBRASKA, | ) | |
| | ) | |
| Defendants. | ) | |

On April 3, 2006, the court entered an order directing plaintiff's counsel to arrange a conference call with the undersigned to discuss scheduling a hearing on filing 3, which the court construed as a motion for preliminary injunction. To date, plaintiff's counsel has not made arrangements for the conference call, nor does it appear that any defendant has been served. Because the motion for preliminary injunction has been pending for more than 60 days, with no action having been taken to comply with the court's order, it shall be denied without prejudice.

IT IS ORDERED that Plaintiff's motion for preliminary injunction (filing 3) is denied without prejudice.

June 7, 2006.   BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge