THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HEDAY KATAOKA | ) | 4:06CV3072 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DEPARTMENT OF HEALTH AND HUMAN SERVICES, CHILD SUPPORT ENFORCEMENT; DARLA WIESER-ZUMM; and STATE OF NEBRASKA, | ) ) ) ) ) | |
| Defendants. | ) | |

On June 7, 2006, the court entered an order denying the plaintiff's motion for preliminary injunction (filing 3) without prejudice, for non-prosecution. On June 9, 2006, the plaintiff filed a motion for reconsideration (filing 11), and requested an additional 45 days to arrange a scheduling conference call as previously ordered by the court (see filing 7, entered on April 3, 2006). Because the plaintiff has not shown that the court committed error in any regard, or lacked essential facts, the motion for reconsideration will be denied. See NECivR 60.1(c). In any event, the court's June 7th order does not bar the plaintiff from filing another motion for preliminary injunction, once he is prepared to proceed.

IT IS ORDERED that Plaintiff's motion for reconsideration (filing 11) is denied.

July 6, 2006.        BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge